PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN CA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4838
      E-Mail: sohayl.vafai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PAUL GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:23-cv-00783-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between the parties, through their undersigned attorneys, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff an opportunity for a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, develop the record as necessary, consider all pertinent issues de novo, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 6, 2023             /s/ Francesco Paulo Benavides*
                                              FRANCESCO PAULO BENAVIDES
                                              Attorney for Plaintiff
                                              *Authorized via e-mail

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ Sohayl Vafai
       SOHAYL VAFAI
       Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated: September 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE